UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PAULA C. COONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:07-CV-230 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Collier / Judge Carter |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Paula C. Coonley's ("Plaintiff") motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Court File No. 28). Plaintiff's attorney was previously awarded $6,063.40 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Court File No. 27). On February 5, 2010, United States Magistrate Judge William B. Carter filed a report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), recommending Plaintiff's motion be granted (Court File No. 35). The magistrate judge recommends a total award of $19,959.00, representing twenty-five percent of past due benefits. The magistrate judge further recommends this award be subject to an offset of $6,063.00 for fees previously awarded under the EAJA, meaning Plaintiff's attorney would receive only an additional $13,896.00. Neither party filed an objection to the report and recommendation.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 35). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 28) and **ORDERS** Defendant to pay Plaintiff's attorney's fees in the amount of

$19,959.00, subject to the offset of $6,063.00 in fees previously awarded.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**